AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### District of Idaho

**FILED**
2010 JUL 20 P 2: 24
RICHARD W. WIEKING
CLERK [...] COURT

| | | |
|---|---|---|
| Aviation Finance Group, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. CV 08-535-LMB |
| DUC Housing Partners, Inc.; Daniel A. Duc | ) | |
| *Defendant* | ) | |

CV10 80184 MISC.  JF

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

HRL

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___06/09/2010___ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: ___06/14/2010___

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

Sunny Trumbull

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AVIATION FINANCE GROUP, LLC, as Administration Agent for AVIATION SECURITIZATION, LLC and WELLS FARGO BANK, NATIONAL ASSOCIATION (formerly known as Wells Fargo Bank Minnesota, N.A. and Northwest Bank Minnesota, N.A.) as Indenture Trustee,<br><br>      Plaintiff,<br><br>v.<br><br>DUC HOUSING PARTNERS, INC., a California corporation; and DANIEL A. DUC,<br><br>      Defendants. | Case No. CV 08-535-LMB<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order entered on April 20, 2010 (Docket No. 52), Memorandum Decision and Order entered on June 9, 2010 (Docket No. 60) and Memorandum Decision and Amended Corrected Order entered concurrently on this date,

IT IS ORDERED that judgment is entered in favor of Plaintiff Aviation Finance Group, LLC and against Defendants Duc Housing Partners, Inc. and Daniel A. Duc, jointly and severally, in the amount of $829,040.72 (plus interest in the amount of $165.70 for each day, if any, after June 8, 2010, through the date of this Judgment).

DATED: **June 9, 2010**.

_(signature)_
Honorable Larry M. Boyle
United States Magistrate Judge

JUDGMENT 1

Certified to be a true and correct copy of original filed in my office.
Elizabeth A. Smith, Clerk
United States Courts, District of Idaho
By:_____ 6/11/2010
Deputy        Dated

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611007740
Cashier ID: harwellt
Transaction Date: 07/20/2010
Payer Name: Hawley Troxell Ennis and
------------------------------------
MISCELLANEOUS PAPERS
 For: Aviation Finance Group, LLC.
 Case/Party: D-CAN-5-10-MC-000184-001
 Amount:         $39.00
CERTIFICATION OF DOCUMENT
 For: Aviation Finance Group, LLC.
 Amount:         $9.00
CERTIFICATION OF DOCUMENT
 For: Aviation Finance Group, LLC.
 Amount:         $9.00
------------------------------------
CHECK
 Check/Money Order Num: 121928
 Amt Tendered:  $57.00
------------------------------------
Total Due:      $57.00
Total Tendered: $57.00
Change Amt:     $0.00

Case # 10-mc-80184-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```